**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1883 |
| Plaintiff - Appellee, | D.C. No. 2:23-cr-00355-DJH-1 |
| v. | MEMORANDUM* |
| JEAN EDWARD GONZVAR, AKA Jean Gonzvar, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Diane J. Humetewa, District Judge, Presiding

Submitted December 17, 2024**

Before:    WALLACE, GRABER, and BUMATAY, Circuit Judges.

Jean Edward Gonzvar appeals from the district court's judgment and

challenges his guilty-plea conviction and 54-month sentence for bank fraud, in

violation of 18 U.S.C. § 1344.  Gonzvar's counsel filed a brief under *Anders v.*

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal.  Gonzvar has not filed a pro se supplemental brief.

In the plea agreement, Gonzvar waived his right to appeal the conviction and sentence.  Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waiver is enforceable.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is granted.

**DISMISSED.**